| | |
|---|---|
| 1 | HAMILTON LAW OFFICE |
| 2 | Timothy L. Hamilton (SBN 196876) |
| | 1390 Broadway, Suite B-164 |
| 3 | Placerville, CA 95667 |
| | Telephone: (530) 919-4554 |
| 4 | Email: thamiltonesq2@earthlink.net |

*Attorney for Plaintiff,*
WILLIAM MICHAEL PEEK, TRUSTEE,
ON BEHALF OF ESTATE OF MARY PEEK

FISHER & PHILLIPS LLP
Ryan Harrison (SBN 319712)
Email: RHarrison@fisherphillips.com
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400

Kathleen McLeod Caminiti (Admitted *Pro Hac Vice*)
Email: kcaminiti@fisherphillips.com
430 Mountain Avenue, Suite 303
Murray Hill, NJ 07974
Telephone: (908) 516-1050

*Attorneys for Defendant,*
WELLS FARGO BANK, N.A.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MICHAEL PEEK, TRUSTEE, ON BEHALF OF ESTATE OF MARY PEEK, | Case No. 1:23-cv-00754-DAD-CKD |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| WELLS FARGO BANK, N.A., *et al.*, | Honorable Dale A. Drozd |
| Defendants. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), by and between Plaintiff WILLIAM MICHAEL PEEK, TRUSTEE, ON BEHALF OF ESTATE OF MARY PEEK, and Defendant WELLS FARGO BANK, as follows:

1. This action was commenced on April 11, 2023 in the Superior Court of California for the County of Calaveras and then removed to the U.S. District Court, Eastern District of California on May 12, 2023.

2. The action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

4. This action is hereby dismissed, in its entirety, <u>with prejudice</u>, each party to bear his/her/its own attorneys' fees and costs.

Dated:  April 4, 2024            Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Timothy L. Hamilton*
　　　　　　　　　　　　　　　　　　　　TIMOTHY L. HAMILTON
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*,
　　　　　　　　　　　　　　　　　　　　WILLIAM MICHAEL PEEK, TRUSTEE,
　　　　　　　　　　　　　　　　　　　　ON BEHALF OF ESTATE OF MARY PEEK

Dated:  April 4, 2024            FISHER & PHILLIPS LLP

　　　　　　　　　　　　　　　　　　　　*/s/Kathleen McLeod Caminiti* (as authorized on April 4, 2024)
　　　　　　　　　　　　　　　　　　　　KATHLEEN McLEOD CAMINITI, ESQ.
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*,
　　　　　　　　　　　　　　　　　　　　WELLS FARGO BANK, N.A.